IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-117-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| FRANCISCO PAGANO, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 238) and brief in support. Defendant Pablo Coppola appeared before the Court on July 1, 2019, and entered a plea of guilty to the Superseding Information. The plea agreement filed with the Court also admits the forfeiture allegation. Pagano's counsel does not object to the preliminary order of forfeiture. Pagano's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 31 U.S.C. § 5324(c), 31 U.S.C. § 5317(c)(1) and 18 U.S.C § 982.

//

//

1

IT IS ORDERED:

THAT Pagano's interest in the following property as existed at the date of the crimes charged is forfeited to the United States in accordance with 31 U.S.C.§ 5324(c), 31 U.S.C. § 5317(c)(1) and 18 U.S.C. § 982:

- $788,872.43 in United States funds seized from TD Ameritrade account number xxx-xxx927.

THAT the United States Marshals Service, the Federal Bureau of Investigation, the Internal Revenue Service and Department of Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described personal property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 31 U.S.C.§ 5324(c) and 31 U.S.C. § 5317(c)(1), and to make its return to this Court that such action has been completed; and

THAT the Court hereby enters a Preliminary Order of Forfeiture as to Defendant's interest in the listed property, with an ancillary proceeding to be set after sentencing for any unresolved claims to the property.

DATED this 18th day of November, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge