FILED

DEC 1 0 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-117-BLG-SPW-4 |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| FRANCISCO PAGANO, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 244). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on November 18, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18

1

U.S.C. § 2253;

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $788,872.43 in United States funds seized from TD Ameritrade account number xxx-xxx927

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 10th day of December, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE